SARAH DANZIG and ROBERT L. DANZIG
v.
THE VIRGIN ISLE HOTEL, INC.,
Appellant
No. 13,252
United States Court of Appeals
Third Circuit
Argued January 23, 1961
Decided February 1, 1961
*See, also,* 286 F.2d 960

WILLIAM W. BAILEY, Charlotte Amalie, Virgin Islands, *for appellant*

JOSEPH G. PLUM, ESQ., New York City, *for appellee*

Before GOODRICH, McLAUGHLIN, and KALODNER, *Circuit Judges*

PER CURIAM

This is an appeal from a judgment for the plaintiff in an action brought to recover for personal injuries claimed to have been suffered from a fall in defendant's hotel. The parties are not in dispute about the principle of law which governs such a case and each agrees with the general statement of the obligation of the proprietor of premises to a business guest found in the Restatement of Torts. The disputed point is whether there was sufficient evidence of violation of the duty of care to justify a jury verdict for the plaintiff. It is not a very strong case but we think there is enough to justify its submission to a jury. It was so submitted and the jury decided for the plaintiff.

The judgment will be affirmed.